```
 1  Jack Silver, Esq. SB #160575
    LAW OFFICE OF JACK SILVER
 2  Jerry Bernhaut, Esq. SB # 206264
    Post Office Box 5469
 3  Santa Rosa, CA 95402-5469
    Tel. (707) 528-8175
 4  Fax.(707) 528-8675
    lhm28843@sbcglobal.net
 5
    Attorneys for Plaintiff
 6  CALIFORNIA RIVER WATCH

 7
    Cyndy Day-Wilson, Esq. SB # 135045
 8  City Attorney
    City Hall
 9  531 K Street, Rm 203
    Eureka, CA 95501
10  Tel. 707-441-4147
    Fax. 707-441-4148
11  cday-wilson@ci.eureka.ca.gov

12  Attorney for Defendant
    CITY OF EUREKA
13
```

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  CALIFORNIA RIVER WATCH,<br>    a 501(c)(3), non-profit, public<br>17  benefit Corporation, | CASE NO.: 3:14-cv-01253 RS<br><br>**JOINT STIPULATION AND REQUEST FOR EXTENSION OF DEADLINE FOR COMPLETING MEDIATION;** |
| 18           Plaintiff,<br>         v.<br>19 | ~~[PROPOSED]~~ **ORDER**<br>[Civil L.R. 7-12; ADR L.R. 6-5(a)] |
| 20  CITY OF EUREKA, | |
| 21           Defendant.    / | Case Mgmt Conf. Date:  June 4, 2015 |

22       WHEREAS, pursuant to ADR Rule 6-5(a), the Parties to this action jointly and

23  respectfully move the Court for a two week extension of the deadline to complete court-ordered

24  mediation;

25       WHEREAS, the current deadline for completing mediation in this matter is October 9,

26  2014; and, the current deadline for requesting an extension of the time within which to mediate

27  is September 25, 2014;

28

1  WHEREAS the parties previously scheduled a mediation session in this matter for
2  September 22, 2014; however, due to the recent illness of counsel for defendant, the parties
3  agreed upon a continuance of the mediation to October 13, 2014 at 1:00 p.m. with the approval
4  and agreement of court-appointed mediator, Gerald F. George.

5  WHEREAS the parties believe that good cause exists for the Court to grant an extension
6  of the current deadline for completing the mediation.

7  NOW, THEREFORE, the Parties hereby request an extension of the current deadline for
8  completing court-ordered mediation from October 9, 2014 to October 23, 2014.

10  DATED: September 25 2014

_____
JERRY BERNHAUT
Attorney for Plaintiff
CALIFORNIA RIVER WATCH

13  DATED: September 22 2014

_____
CYNDY DAY-WILSON
Attorney for Defendant
CITY OF EUREKA

### [PROPOSED] ORDER

PURSUANT TO SAID STIPULATION, **IT IS SO ORDERED.**

DATED: 9/25/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE