IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California River Watch,<br><br>             Plaintiffs,<br>    v.<br><br>City of Eureka,<br><br>             Defendants. | No. C 14-01253 RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **March 16, 2015**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 19, 2015 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 1/12/15

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE